In the Matter of the Claim of JULIUS RUBY, Respondent, against JOSEPH LUSTIG et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Submitted June 2, 1949; decided July 19, 1949.

*Urban S. Mulvehill* for appellants.

*Nathaniel L. Goldstein, Attorney-General* (*Daniel Polansky, Wendell P. Brown* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE. FULD and BROMLEY, JJ.